1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  STEVE SHEVORSKI, ESQ.
   Nevada Bar No. 8256
3  AKERMAN LLP
   1160 Town Center Drive, Suite 330
4  Las Vegas, Nevada 89144
   Telephone:   (702) 634-5000
5  Facsimile:   (702) 380-8572
   Email: ariel.stern@akerman.com
6  Email: steven.shevorski@akerman.com

7  *Attorneys for Citibank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR PETRIE, individually and as Trustee for the Petrie Family Trust; CAROLYN JEAN WISE PETRIE, individually and as Trustee for the Petrie Family Trust,<br><br>Claimants,<br><br>v.<br><br>CITIBANK, N.A., a federally financial institution; DOES I through X, inclusive; and ROE CORPORATIONS; I through X, inclusive,<br><br>Respondents. | Case No.: 2:13-cv-2056-MMD-GWF<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE PURSUANT TO CONFIDENTIAL SETTLEMENT AGREEMENT** |

Plaintiffs, Arthur Petrie and Carolyn Petrie, individually and as trustees of the Petrie Family Trust (collectively, **Petrie**), through their counsel, Trent L. Richards, Esq. of The Bourassa Law Group, LLC, and Citibank, N.A. (**Citi**), through its counsel, Steve Shevorski, Esq. of Akerman, LLP, stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that pursuant to the confidential settlement agreement between Petrie and Citi, Petrie's complaint is dismissed with prejudice; and

/ / /

/ / /

/ / /

/ / /

{35163008;1}

1  IT IS FURTHER STIPULATED AND AGREED that Petrie and Citi shall bear their own
2  fees and costs.
3  DATED this 20th day of July, 2015.           DATED this 29th day of July, 2015.
4  **AKERMAN LLP**                              **THE BOURASSA LAW GROUP, LLC**

   ARIEL E STERN, ESQ.                          MARK J. BOURASSA, ESQ
   Nevada Bar No. 8276                          Nevada Bar No. 7999
   STEVE SHEVORSKI, ESQ.                        TRENT L. RICHARDS, ESQ.
   Nevada Bar No. 8256                          Nevada Bar No. 11448
   1160 Town Center Drive, Suite 330            8668 Spring Mountain Road, Ste. 101
   Las Vegas, Nevada 89144                      Las Vegas, Nevada 89117

   *Attorneys for Citibank, N.A.*               *Attorneys for Plaintiffs*

## ORDER

Based upon the stipulation of the parties,

IT IS HEREBY ORDERED that pursuant to the confidential settlement agreement between Petrie and Citi, Petrie's complaint is dismissed with prejudice; and

IT IS FURTHER ORDERED that Petrie and Citi shall bear their own fees and costs.

DATED THIS 31st day of July 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

Submitted by:

**AKERMAN LLP**

ARIEL E STERN, ESQ.
Nevada Bar No. 8276
STEVE SHEVORSKI, ESQ.
Nevada Bar No. 8256
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Citibank, N.A.*

2